IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTWAUN MAURICE ASHMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 321-025 |
| ) | |
| TIMOTHY C. WARD; JERMAINE WHITE; ) | |
| and JACOB BEASILY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice for failure to state a claim upon which relief can be granted and **CLOSES** this case.

SO ORDERED this 26th day of July, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE